IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION
IN ADMIRALTY

| | |
|---|---|
| LOWCOUNTRY MARINE SALVAGE, LLC ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNIDENTIFIED SHIPWRECKED VESSEL ) <br> OR VESSELS, their apparel, tackle, ) <br> appurtenances, and cargo located in the ) <br> Atlantic Ocean within a three (3) Nautical ) <br> Mile radius of the coordinates 33 Degrees ) <br> 03.853 Minutes North Latitude, and 078 ) <br> Degrees 28.522 Minutes West Longitude; ) <br> ) <br> ) <br> Defendant(s). ) | Civil Action No.: 4:13-cv-00060-BAE-GRS <br><br><br><br> **ORDER DESIGNATING NEWSPAPER** <br> **OF GENERAL PUBLICATION** |

This matter comes before me upon Plaintiffs' Motion to Designate Newspaper of General Circulation pursuant to Rule C(4) and Rule C(6) of the Supplemental Rules of Certain Admiralty and Maritime Claims.

NOW, THEREFORE, IT IS HEREBY ORDERED that the Georgetown Times shall be designated as the newspaper of general circulation to publish notice of the action and the arrest of the Defendant Vessel in the form attached to Plaintiffs' Motion to Designate Newspaper of General Publication; and

IS FURTHER ORDERED that Plaintiffs shall have leave to publish this notice in the form attached at any time more than ten (10) business days after the arrest;

AND IT IS SO ORDERED.

United States District Court Judge